### CAMP v. HILLIARD.

A review, whether prosecuted by writ or order, is so far a new action that a judgment in it is not secured by an attachment made in the original suit.

WRIT OF ENTRY, to recover a tract of land, attached when it belonged to one Cole, in a suit brought against him by the plaintiff. In that suit, the plaintiff recovered a judgment which was satisfied. Cole reviewed the action; the amount of the plaintiff's damages was increased, and an execution for the excess and costs was levied on the demanded premises, which Cole, before the rendition of the judgment in review, had conveyed to the defendant. The defendant had a verdict, and the plaintiff moved for a new trial.

*Barton* and *Wait*, for the plaintiff.

*Burke*, for the defendant.

DOE, C. J. The review, whether prosecuted by writ or order, was so far a new action that the judgment in it was not secured by the attachment made in the original suit. *Bell* v. *Bartlett*, 7 N. H. 178; *Badger* v. *Gilmore*, 37 N. H. 457, 463; *Sanford* v. *Candia*, 54 N. H. 419.

*Judgment on the verdict.*

STANLEY, J., did not sit.